UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

KERI SPRING; EUGENE SPRING;
JULIANNE SPRING;  EUGENE SPRING and
KERI SPRING on behalf of Gregory Spring; and
KERI SPRING, as the duly appointed administrator
of THE ESTATE OF GREGORY SPRING,

**NOTICE OF APPEAL**

Case No. 1:14-CV-00476

           Plaintiffs,

-against-

ALLEGANY-LIMESTONE CENTRAL SCHOOL
DISTRICT; THE BOARD OF EDUCATION OF
THE ALLEGANY-LIMESTONE CENTRAL
SCHOOL DISTRICT; KAREN GEELAN,
Superintendent; JOE ZIMMER, President; PHIL
QUINLAN, Vice President; MATTHEW KAHM,
Member; JEFF BLACK, Member; DAVID FARRELL,
Member; JAY KING, Member; KIM PALMER, Member;
SUE SCHIFLEY, Member; MAGGIE NUSS, Member;
KEVIN STRAUB, Principal; DIANE LOWRY,
Teacher Assistant; ERIC HEMPHILL, Teacher/Coach;
CHRISTOPHER KENYON, Teacher/Coach; JOHN
WOLFGANG, Psychologist; ROBERT DECKER,
Psychologist; ALL IN THEIR INDIVIDUAL AND
OFFICIAL CAPACITY; JOHN DOE(S) and JANE DOE(S),
officials, administrators, representatives, agents, employees,
and servants of the Allegany-Limestone Central School
District; MICHAEL EASTON; JACOB ROEWE; and JOHN
DOE(S) and JANE DOE(S), students of the
Allegany-Limestone High School,

           Defendants.
_____

      Notice is given that Keri Spring, Eugene Spring, Julianne Spring, Eugene Spring and Keri Spring on behalf of Gregory Spring, and Keri Spring, as the duly appointed administrator of the Estate of Gregory Spring, plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on the 1st day

of October 2015, and all orders, decisions and rulings adverse to the plaintiffs in this action, including, but not limited to, the court's Decision and Order filed September 30, 2015, granting defendants' motions to dismiss plaintiffs' amended complaint and the court's Decision and Order entered and filed November 4, 2015, denying plaintiffs' motion for an order vacating judgment and for leave to file a second amended complaint.

Dated: December 4, 2015
      Canastota, New York                       s/A.J. Bosman

                                                 _____
                                                 A.J. Bosman, Esq.
                                                 Bosman Law Firm, L.L.C.
                                                 *Attorneys for the Plaintiffs*
                                                 Office and Post Office Address
                                                 3232 Seneca Turnpike, Suite 15
                                                 Canastota, New York 13032
                                                 Telephone: (315) 875-3470

To:     Daniel T. Cavarello, Esq.
         Sugarman Law Firm, LLP
         *Attorneys for Defendants Allegany-*
         *Limestone Central School District, et al.*
         1600 Rand Building
         14 Lafayette Square
         Buffalo, New York 14203

         Aimee LaFever Koch, Esq.
         Osborn, Reed & Burke, LLP
         *Attorneys for Defendant Lowry*
         45 Exchange Boulevard
         Rochester, New York 14614

         Hilary C. Banker, Esq.
         Burgio, Kita & Curvin
         *Attorneys for Defendant Easton*
         2150 Main Place Tower
         350 Main Street
         Buffalo, New York 14202

William J. McPartland, Esq.
Marshall, Dennehey, Warner,
Coleman & Goggin
*Attorneys for Defendant Rowe*
P.O. Box 3118
Scranton, Pennsylvania 18505

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 4, 2015, I electronically filed the plaintiffs' Notice of Appeal with the Clerk of the United States District Court using the CM/ECF system, which sent notification of such filing to the attorneys for the defendants, including Daniel T. Cavarello, Esq., at dcavarello@sugarmanlaw.com, Aimee LaFever Koch, Esq., at alafeverkoch@osbornreed.com, Hilary C. Banker, Esq., at hbanker@burgiokitacurvin.com, and William J. McPartland, Esq., at wjmcpartland@mdwcg.com.

Dated: December 4, 2015
       Canastota, New York                    s/A.J. Bosman

                                                                         _____
                                                                         A.J. Bosman, Esq.
                                                                          Bosman Law Firm, L.L.C.
                                                                          *Attorneys for the Plaintiffs*
                                                                          Office and Post Office Address
                                                                          3232 Seneca Turnpike, Suite 15
                                                                          Canastota, New York 13032
                                                                          Telephone: (315) 875-3470