UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

KERI SPRING, EUGENE SPRING,
JULIANNE SPRING, EUGENE SPRING
and KERI SPRING, on behalf of Gregory
Spring, KERI SPRING, as the duly
appointed administrator of The Estate of
Gregory Spring,

        Plaintiffs,

v.

ALLEGANY-LIMESTONE CENTRAL
SCHOOL DISTRICT, ET AL.

        Defendants.

14-CV-476 (JLS)

---

## SEQUESTRATION ORDER

Pursuant to Rule 615 of the Federal Rules of Evidence, and as discussed at the final status conference on September 28, 2023, fact witnesses shall be excluded from the courtroom, other than the following party representatives: Keri Spring, Eugene Spring, Julianne Spring, Kevin Straub, and Anthony Giannicchi.

The Court also: (1) prohibits disclosure of trial testimony to fact witnesses who are excluded from the courtroom pursuant to this order; and (2) prohibits excluded fact witnesses from accessing trial testimony.

SO ORDERED.

Dated:    September 28, 2023
            Buffalo, New York

                                                  JOHN L. SINATRA, JR.
                                                  UNITED STATES DISTRICT JUDGE