1

**PLAINTIFF'S FOURTH AMENDED EXHIBIT LIST**

U.S. DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

Case Name and Number:     <u>Spring, et al. v. Allegany-Limestone Central School District, et al.</u>
Civil Action No. 1:14-CV-00476 (JLS/HKS)

Date: October 2, 2023

PRESIDING JUDGE: Hon. John L. Sinatra

( X ) Plaintiff          (   ) Defendants

| Exhibit Number | Marked for Identification | Admitted in Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-1 | | | | | Certified special education records obtained pursuant to Subpoena from the Allegany-Limestone Central School District concerning Gregory Spring |
| P-2 | | | | | Four-page excerpt from Michael Easton student files |
| P-3 | | | | | Two-page excerpt from Jacob Roewe student files |

| P-4 | | | | | Gregory Spring Medical Records from Milestone Psychiatric and Psychological Services, P.C. |
|---|---|---|---|---|---|
| P-5 | | | | | Gregory Spring IEPs and Special Education correspondence (2005-2011) |
| P-6 | | | | | 2011 "Psychoeducational Evaluation" of Gregory Spring |
| P-7 | | | | | Email communications between Keri Spring and School Officials |
| P-8 | | | | | Certified psychological records obtained pursuant to Subpoena from the Allegany-Limestone Central School District concerning Gregory Spring |
| P-9 | | | | | Appearance Ticket (11/08/2012) |
| P-10 | | | | | Gregory Spring Buffalo Children's Hospital Records |
| P-11 | | | | | Gregory Spring "Book of Kindergarten Memories" |

| | | | | | |
|---|---|---|---|---|---|
| P-12 | | | | | Online Comments by Diane Lowry |
| P-13 | | | | | Gregory Spring medical records from Michael P. Santa Maria, Ph.D. |
| P-14 | | | | | Bullying Messages to Gregory Spring |
| P-15 | | | | | DASA Policy |
| P-16 | | | | | Bullying Policy |
| P-17 | | | | | Teacher's Report to Dr. Santa Maria |
| P-18 | | | | | Letter to Allegany School District from Eugene and Keri Spring (2005) |
| P-19 | | | | | Information regarding Non-verbal Learning Disorder Diagnosis of callosum dysgenesis and Tourette's |
| P-20 | | | | | DASA Flowchart |
| P-21 | | | | | Gregory Spring Report Card (2010) |
| P-22 | | | | | E-mails between Keri Spring and Christopher Kenyon (2010) |

| | | | | | |
|---|---|---|---|---|---|
| P-23 | | | | | Gregory Spring Bullying Complaint (2010) |
| P-24 | | | | | Gregory Spring Bulling Complaint (2011) |
| P-25* | | | | | Gregory Spring Bullying Complaint (2012) |
| P-26 | | | | | Gregory Spring Bullying Complaint (1/30/2013) |
| P-27 | | | | | Correspondence from Allegany-Limestone Central School District and DASA Policy |
| P-28 | | | | | Letter from David N. Lichter, M.D. to Srinivas Thandla, M.D. dated July 26, 2010 |
| P-29 | | | | | Urgent Care record (2/8/2013) |
| P-30 | | | | | Letter from Soccer Coach |
| P-31 | | | | | Gregory Spring Certificates |
| P-32 | | | | | News Articles regarding Gregory Spring's death and bullying in the Allegany-Limestone Central School District |

| | | | | | |
|---|---|---|---|---|---|
| P-33 | | | | | "A Message from the Superintendent ...Reflection and Renewal" from a Allegany-Limestone Central School publication |
| P-34 | | | | | Photographs of Gregory Spring's artwork and welding work |
| P-35 | | | | | Janet Mitchell notes of interview with Gregory Spring and Gregory Spring notes obtained from Janet Mitchell |
| P-36 | | | | | Funeral Message Board Comment |
| P-37 | | | | | News Articles previously designated as Deposition Exhibit S7 |
| P-38 | | | | | News Articles previously designated as Deposition Exhibit S8 |
| P-39* | | | | | Student Incident Report ("Mid-October") re: Michael Easton |
| | | | | | |

*Notes a change from the prior exhibit list

1.      Plaintiff reserves the right to add or delete exhibits.

2.      Plaintiff reserves the right to supplement this Exhibit List with additional exhibits as needed and depending on the evidence introduced at trial.

3.      This Exhibit List includes some anticipated rebuttal and/or impeachment exhibits.

Dated:  October 4, 2023
        at Blossvale, New York

                                            s/A.J. Bosman

                                    _____
                                    A.J. Bosman, Esq.
                                    Robert J. Strum, Esq.
                                    Bosman Law, L.L.C.
                                    *Attorneys for Plaintiff*
                                    Office & Post Office Address
                                    3000 McConnellsville Road
                                    Blossvale, New York 13308
                                    Telephone: (315) 820-4417

To:     Marina Murray, Esq.
        Sugarman Law Firm, LLP
        *Attorneys for Defendants*

1600 Rand Building
Lafayette Square
Buffalo, New York 14203