**Kirstie Henry**

| | |
|---|---|
| **From:** | Mary Moran |
| **Sent:** | Saturday, October 14, 2023 1:11 PM |
| **To:** | Marina Murray; Anthony Fernicola |
| **Cc:** | Joseph Matteliano; Bosman Law; Rob Strum; Kirstie Henry |
| **Subject:** | RE: Juror #3 |

Good afternoon. Thank you for your input. The judge believes the proper thing to do during deliberations is nothing. The judge will wait to see what Monday morning brings. Have a good weekend.

-Mary

**From:** Marina Murray <mmurray@sugarmanlaw.com>
**Sent:** Saturday, October 14, 2023 12:26 AM
**To:** Anthony Fernicola <anthony@bosmanlaw.net>; Mary Moran <Mary_Moran@nywd.uscourts.gov>
**Cc:** Joseph Matteliano <jmatteliano@sugarmanlaw.com>; Bosman Law <office@bosmanlaw.net>; Rob Strum <rob@bosmanlaw.net>; Kirstie Henry <Kirstie_Henry@nywd.uscourts.gov>
**Subject:** Re: Juror #3

**CAUTION - EXTERNAL:**

We have no objections

Get Outlook for iOS

**From:** Anthony Fernicola <anthony@bosmanlaw.net>
**Sent:** Friday, October 13, 2023 9:31:35 PM
**To:** Mary Moran <Mary_Moran@nywd.uscourts.gov>
**Cc:** Marina Murray <mmurray@sugarmanlaw.com>; Joseph Matteliano <jmatteliano@sugarmanlaw.com>; Bosman Law <office@bosmanlaw.net>; Rob Strum <rob@bosmanlaw.net>; Kirstie Henry <Kirstie_Henry@nywd.uscourts.gov>
**Subject:** Re: Juror #3

Mary,

Attorney Bosman requested that I send the following message in response to your e-mail:

We consulted with our clients and advised them that because the jury has already been sworn and in deliberation, it would be a breach of protocol for a third party to contact that juror in the absence of a stenographer and counsel. However, we are not opposed to Judge Sinatra, personally, contacting Juror # 3 for the purposes of discerning

1

what vacation he was referring to.  Our clients agree.  We would further request that Judge Sinatra advise counsel collectively as to the results of the conversation with Juror # 3.

On Fri, Oct 13, 2023 at 7:30 PM Mary Moran <Mary_Moran@nywd.uscourts.gov> wrote:

> Good evening. The judge asked me to convey this to you:
>
> On the jury's way out today, juror #3 (older, white haired man) tapped the arm of court security officer Pat and said he had pre-planned vacation plans for Monday.  No further information was conveyed in either direction, as far as we know.
>
> There are a few ultimate options. But for now, does anyone object to us asking Joel, our jury administrator, to call juror 3 to ask him to "explain the vacation concern further, at the judge's request"?  We would then report back to you what we learn. Once we know more, we can communicate about what should happen over the weekend, if anything.
>
> Once this email chain among us is concluded, it will be docketed as well.
>
> Thank you,
> Mary

--

**Anthony J. Fernicola**
Paralegal
Bosman Law, L.L.C.
3000 McConnellsville Road
Blossvale, New York 13308
(315) 820-4417
(315) 820-4449 (Fax)
E-mail: anthony@bosmanlaw.net

```
IMPORTANT NOTICE: PLEASE TAKE NOTICE THAT THIS OFFICE DOES NOT ACCEPT SERVICE OF ANY DOCUMENTS BY
E-MAIL (OTHER THAN ECF NOTICE BY THE UNITED STATES AND NEW YORK COURTS). ALL CORRESPONDENCE,
PLEADINGS, DISCOVERY DEMANDS OR RESPONSES NOT FILED VIA ECF MUST BE HARD-COPIED AND SERVED BY
UNITED STATES MAIL. This e-mail is meant only for the use of the intended recipient. It may
contain confidential information which is legally privileged or otherwise protected by law. If you
received this e-mail in error or from someone who was not authorized to send it to you, you are
strictly prohibited from reviewing, using, disseminating, distributing or copying the e-
mail. PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND DELETE THIS MESSAGE FROM YOUR
SYSTEM. Thank you for your cooperation.
```

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.