<u>Judgment in a Civil Case</u>

United States District Court
<u>WESTERN DISTRICT OF NEW YORK</u>

| | |
|---|---|
| SPRING, ET AL. | **JUDGMENT IN A CIVIL CASE** |
| v. | CASE NUMBER: 14-CV-476-JLS |
| ALLEGANY-LIMESTONE CENTRAL SCHOOL DISTRICT, ET AL. | |

☒ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the Estate of Gregory Spring in the amount of $25,000; all other claims are dismissed.

Date: October 17, 2023

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/ Kirstie H.
    Deputy Clerk