UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

KERI SPRING; EUGENE SPRING; JULIANNE
SPRING; EUGENE SPRING and KERI SPRING
on behalf of Gregory Spring; and KERI SPRING,
as the duly appointed administrator of
THE ESTATE OF GREGORY SPRING,

Plaintiffs,

-vs-

ALLEGANY-LIMESTONE CENTRAL SCHOOL
DISTRICT; THE BOARD OF EDUCATION OF
THE ALLEGANY-LIMESTONE CENTRAL
SCHOOL DISTRICT; KEVIN STRAUB, Principal;
DIANE LOWRY, Teacher Assistant; JOHN DOE(S)
and JANE DOE(S), officials, administrators,
representatives, agents, employees, and servants of
the Allegany-Limestone Central School
District; MICHAEL EASTON; JACOB ROEWE;
and JOHN DOE(S) and JANE DOE(S); students of the
Allegany-Limestone High School,

Defendants.

**ORDER**

**CASE NO.: 1:14-cv-00476**
**JLS/HKS**

Upon the motion of defendants Allegany-Limestone Central School District, the Board of Education of the Allegany-Limestone Central School District, and Kevin Straub, Principal (collectively "School District Defendants"), pursuant to Fed. R. Civ. P. 62(b), to stay execution on the Judgment entered in this action on October 17, 2023, and proceedings to enforce the Judgment pending resolution of post-trial motions and the School District Defendants' appeal to the United States Court of Appeals for the Second Circuit, and for a temporary restraining order ("TRO") staying the execution of the Judgment and staying proceedings to enforce the Judgment pending the resolution of the School District Defendants' motion to stay, as well as a motion by the School District Defendants for an expedited hearing pursuant to Local Rule 7(d)(1), it is hereby,

ORDERED, that the School District Defendants' Motion for an expedited hearing is granted and took place on November 16, 2023, at 1:30 pm by teleconference with the Court, and

AFTER HEARING, Robert Sturm, Esq. on behalf of the Plaintiff and Joseph A. Matteliano, Esq. on behalf of the School District Defendants regarding their respective positions concerning the above motions, it hereby,

ORDERED, that the BOND submitted by the School District Defendants is hereby approved, and it is further,

ORDERED, that the School District Defendants' motion, pursuant to Fed. R. Civ. P. 62(b), to stay execution on the Judgment entered in this action on October 17, 2023, and proceedings to enforce the Judgment pending resolution of post-trial motions and the School District Defendants' appeal to the United States Court of Appeals for the Second Circuit, is GRANTED, and it is further

ORDERED, that the School District Defendants Motion for a TRO is rendered MOOT.

Dated: Nov. 16, 2023

_____
Hon. John L. Sinatra
Judge of the United States District Court
for the Western District of New York