# Bosman Law, L.L.C

3000 McConnellsville Road
Blossvale, New York 13308

A.J. Bosman, Esq.  Telephone: (315) 820-4417
Robert J. Strum, Esq.  Facsimile:   (315) 820-4449(*)
T. Padric Moore, Esq., of Counsel  (*) Service by facsimile or email not accepted

April 17, 2024

*Via CM/ECF system*
Honorable John L. Sinatra, Jr.
U.S. District Judge
United States District Court
2 Niagara Square
Buffalo, New York 14202

RE: Spring v. Allegany-Limestone Central School District, et al.
Case No. 1:14-cv-00476-WMS-HKS

Dear Judge Sinatra:

As the Court is aware, this firm represents Plaintiffs Keri, Eugene, and Julianne Spring in the above-referenced matter.

I am writing to request a brief extension to April 29, 2024 to file the Plaintiffs' fees motion as I was laid up last week with unplanned surgery to my sinuses. I have conferred with defense counsel, Marina Murray and she graciously consents to same.

Accordingly, I hereby request until April 29, 2024 to file Plaintiffs' fees motion and that Defendants be provided a similar extension for their response.

I regret any inconvenience this may cause the Court or counsel. Thank you for your continued consideration in this matter.

Respectfully,

s/A.J. Bosman
A.J. Bosman, Esq.

cc: All CM/ECF recipients