Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

SPRING, ET AL

v.

ALLEGANY-LIMESTONE CENTRAL
SCHOOL DISTRICT, ET AL.

**A M E N D E D**
**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 14-CV-476

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that judgment is entered in favor of the Estate of Gregory Spring in the amount of $25,000; that all other claims are dismissed and that attorneys' fees and expenses in the amount of $90,337.79 are imposed against Defendants Allegany-Limestone Central School District and Kevin Straub.

Date: July 8, 2024

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/Suzanne
    Deputy Clerk