UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

KERI SPRING; EUGENE SPRING;
JULIANNE SPRING;  EUGENE SPRING and
KERI SPRING on behalf of Gregory Spring; and
KERI SPRING, as the duly appointed administrator
of THE ESTATE OF GREGORY SPRING,

                Plaintiffs,

   -against-

ALLEGANY-LIMESTONE CENTRAL SCHOOL
DISTRICT; THE BOARD OF EDUCATION OF
THE ALLEGANY-LIMESTONE CENTRAL
SCHOOL DISTRICT; KEVIN STRAUB, Principal;
DIANE LOWRY, Teacher Assistant; JOHN DOE(S)
and JANE DOE(S), officials, administrators,
representatives, agents, employees, and servants of
the Allegany-Limestone Central School District;
MICHAEL EASTON; JACOB ROEWE; and JOHN
DOE(S) and JANE DOE(S), students of the
Allegany-Limestone High School,

                Defendants.
_____

**NOTICE OF APPEAL**

Case No. 1:14-CV-00476

      Notice is hereby given that Keri Spring, Eugene Spring, Julianne Spring, Eugene Spring and Keri Spring on behalf of Gregory Spring, and Keri Spring, as the duly appointed administrator of the Estate of Gregory Spring, plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the Order entered on the 11th day of June, 2024 and amended judgment entered in this action on the 8th day of July, 2024, those portions of which were adverse to Plaintiffs or otherwise did not grant them the full relief they sought.

Dated: July 11, 2024
      at Blossvale, New York                        s/Robert Strum

                                              _____
                                              A.J. Bosman, Esq.
                                              Robert Strum, Esq.
                                              Bosman Law, L.L.C.
                                              *Attorneys for Plaintiffs*
                                              Office and Post Office Address
                                              3000 McConnellsville Road
                                              Blossvale, New York 13308
                                              Telephone: (315) 820-4417

To:    Marina Murray, Esq.
          Joseph Matteliano, Esq.
          Sugarman Law Firm, LLP
          *Attorneys for Defendants Allegany-*
          *Limestone Central School District, et al.*
          1600 Rand Building
          14 Lafayette Square
          Buffalo, New York 14203
          Tel: (716) 847-2523

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2024 I electronically filed plaintiffs' Notice of Appeal with the Clerk of the United States District Court using the CM/ECF system, which sent notification of such filing to the attorneys for the defendants, including Marina Murray, Esq., at mmurray@sugarmanlaw.com, and Joseph Matteliano, Esq., at jmatteliano@sugarmanlaw.com.

Dated: July 11, 2024
       at Blossvale, New York                   s/ Robert Strum

                                                                                        _____
                                                                                         Robert Strum, Esq.
                                                                                         Bosman Law, L.L.C.
                                                                                         *Attorneys for Plaintiffs*
                                                                                        Office and Post Office Address
                                                                                        3000 McConnellsville Road
                                                                                        Blossvale, New York 13308
                                                                                        Telephone: (315) 820-4417